UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

DATE OF 341 MEETING: **8/14/2017**    CASE NO: **17-25992**

IN RE: **Tiffany A Prestwich**    TRUSTEE: **Rushton**

## MOTION TO DISMISS/ CHAPTER 7 SECTION 341 MEETING REPORT/ STATEMENT OF FAILURE TO COMPLY

PURSUANT TO APPLICABLE LOCAL RULES AS REFERENCED IN PARAGRAPH(S) _____ BELOW, THE TRUSTEE RECOMMENDS DISMISSAL OF THIS CASE AND AND THE COURT WILL ENTER AN ORDER OF DISMISSAL UNLESS AN OBJECTION TO DISMISSAL IS FILED BY [Insert Date Certain]. **9/8/2017**

1. DEBTOR(S)
   [ ] Present, Sworn, Examined   [X] Not Present – Local Bankruptcy Rule ("LBR") 2003-1(a)
   [ ] Husband Present, Wife Not – LBR 2003-1(a)
   [ ] Wife Present, Husband Not – LBR 2003-1(a)

2. DEBTOR'S ATTORNEY
   [ ] Present   [X] Not Present – LBR 2003-1(a)   [ ] N/A (Pro Se)

3. MAILING MATRIX TIMELY FILED
   [X] YES   [ ] NO – LBR 1007-1

4. DOMESTIC SUPPORT OBLIGATION MATRIX TIMELY FILED
   [ ] YES   [ ] NO – Bankr. D. Rule 1007-1(b)

5. NEW ADDRESS FOR DEBTOR?
   [ ] NO   [ ] YES – Debtor and Attorney advised of duty to file written notice of change of address

6. FAILURE TO PROVIDE THE FOLLOWING DOCUMENTS UNDER LBR 4002-1(b) - (d):
   _____
   _____

9. MEETING: [ ] Concluded   [ ] Continued to: _____ (New 341 Date)
   due to failure of Debtor to file or provide to Trustee all required documents

10. IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE TRUSTEE HEREBY REQUESTS:
    [ ] a 341 hearing be rescheduled   [ ] a 341 hearing NOT be rescheduled

CREDITORS: **None**

_Kenneth Rushton_
PRESIDING OFFICER

This Motion to Dismiss/ Section 341 Meeting Report/Statement of Failure to Comply has been mailed to the Debtor and Debtor's counsel at the addresses that appear on the Petition in this case. In addition, a copy has been delivered to the Office of the U.S. Trustee at Suite 300, 405 S. Main Street, Salt Lake City, UT 84111.

Date: **8/15/2017**        _Kenneth Rushton_
                              Chapter 7 Trustee